VINCENT CASTILLO, SBN 209298
vcastillo@llcllp.com
ALEXEI N. OFFILL-KLEIN, SBN 288448
aoffillklein@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, UNION PACIFIC RAILROAD COMPANY and STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAULETTE SCHROEDER,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION; UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and DOES 1 to 150,<br><br>        Defendants. | Case No. 2:18-CV-01911-WBS-DB<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S COMPLAINT AS AGAINST STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION**<br><br>Complaint Filed: April 23, 2018 |

IT IS HEREBY STIPULATED by and between plaintiff PAULETTE SCHROEDER and Defendant STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION, by and through their designated counsel, that the above-captioned action be and hereby is dismissed, without prejudice, as against Defendant STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION, only, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party agrees to bear its own costs.

DATED: August 17, 2018         LAW OFFICES OF CATHARINE KROGER-DIAMOND

By   */s/ Catharine Kroger-Diamond*
     CATHARINE KROGER-DIAMOND
     Attorneys for Plaintiff
     PAULETTE SCHROEDER

DATED: August 17, 2018         LOMBARDI, LOPER & CONANT, LLP

By:   */s/ Vincent Castillo*
      VINCENT CASTILLO
      ALEXEI N. OFFILL-KLEIN
      Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, UNION PACIFIC RAILROAD COMPANY and STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION

## ATTESTATION

Permission to affix an electronic signature has been obtained from the other Signatory in concurrence with the filing of this document. Records to support this concurrence will be maintained for subsequent production to the Court, if so ordered.

## **ORDER**

IT IS SO ORDERED.

**Dated: August 20, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE