VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK and UNION PACIFIC RAILROAD
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO COURTHOUSE

| | |
|---|---|
| PAULETTE SCHROEDER, | Case No. 2:18-CV-01911-WBS-DB |
| Plaintiff, | **ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | |
| STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION; UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and DOES 1 to 150, | |
| Defendants. | |

Pursuant to stipulation, the entire action is hereby dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 17, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

<8>